UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:                                           *

    BETTY A JOHNSON                 *        Case No.  09-33189-DK

                                             *        (Chapter 13)

    Debtor(s)

    *       *       *       *       *       *

## OBJECTION TO CONFIRMATION

    Ellen W. Cosby, Trustee, objects to confirmation of the plan proposed by the Debtor(s) in this case because the Debtor(s) has/have failed [__] to commence [_X_] to maintain plan payments as required by 11 U.S.C. §1326.  As of the date of this Objection, the payment default is $1,308.00, approximately, 2 months.

**DEBTOR(S) TAKE NOTICE:  If you wish your case to continue, you MUST attend your continued confirmation hearing scheduled for April 22, 2010 at 2:00 PM.  You MUST bring with you to the hearing a CASHIER'S CHECK OR MONEY ORDER to cover the payments due under your plan. DO NOT BRING A PERSONAL CHECK! If you believe plan payments have been made as due, then you must bring with you to the hearing a full documentation of the payments, including photocopies of the reverse side of each check/money order which show what date each payment was processed by the Trustee's bank.**

Dated:__April 16, 2010_____        /s/  Ellen W. Cosby_____
                                                    Ellen W. Cosby, Chapter 13 Trustee
                                                    P.O. Box 20016
                                                    Baltimore, MD 21284-0016
                                                    (410) 825-5923
                                                    inquiries@ch13balt.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on  April 16, 2010 copies of the foregoing Objection were delivered electronically through ECF to  ADAM M FREIMAN ESQ  and mailed by first-class mail, postage prepaid, to:

BETTY A JOHNSON
702 BELGIAN AVENUE
BALTIMORE, MD 21218

                                                     /s/  Ellen W. Cosby_____
                                                    Ellen W. Cosby, Trustee