# United States Bankruptcy Court
For The
District of Maryland/Northern Division

**IN RE:** BETTY A JOHNSON
702 BELGIAN AVENUE
BALTIMORE, MD 21218

Case No: 09-33189-DK
Judge: Duncan W. Keir
Date: 6/29/2010

## NOTICE OF FILED CLAIMS

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | Classification |
|---|---|---|---|
| 001 | CITIMORTGAGE INC / P O BOX 140609<br>IRVING, TX 75019-0609<br>Acct: 2614<br>Comment: | 18,590.76 | Secured |
| 002 | CITIBANK / P O BOX 6003<br>HAGERSTOWN, MD 21747<br>Acct:<br>Comment: | None | Not Filed<br>.00 |
| 003 | JEFFERSON CAPITAL SYS LLC / P O BOX 953185<br>ST LOUIS, MO 63195-3185<br>Acct: 1690<br>Comment: | None | Not Filed<br>.00 |
| 004 | JEFFERSON CAPITAL SYS LLC / P O BOX 953185<br>ST LOUIS, MO 63195-3185<br>Acct: 3905<br>Comment: | None | Not Filed<br>.00 |
| 005 | JEFFERSON CAPITAL SYS LLC / P O BOX 953185<br>ST LOUIS, MO 63195-3185<br>Acct: 9759<br>Comment: | None | Not Filed<br>.00 |
| 006 | PROVIDIAN BANKCORP / P O BOX 9007<br>PLEASANTON, CA 94566<br>Acct: 3425<br>Comment: | None | Not Filed<br>.00 |
| 007 | SPIEGEL / P O BOX 9204<br>OLD BETHPAGE, NY 11804<br>Acct: 1690<br>Comment: | None | Not Filed<br>.00 |
| 008 | ZENITH ACQUISITION CORP / 170 NORTHPOINTE PA<br>SUITE 300 / BUFFALO, NY 14228<br>Acct: 4734<br>Comment: | None | Not Filed<br>.00 |
| 009 | CHRYSLER FINANCIAL SERVICES AMERICA / C/O SHERMETA AD/<br>P O BOX 80908 / ROCHESTER HILL, MI 48308-0908<br>Acct: 8114<br>Comment: DEF ON LEASE AGREEMEN | 8,797.05 | Unsecured |

41
# United States Bankruptcy Court
For The
District of Maryland/Northern Division

Case No: 09-33189-DK
Judge: Duncan W. Keir
Date: 6/29/2010

IN RE: BETTY A JOHNSON
702 BELGIAN AVENUE
BALTIMORE, MD 21218

## NOTICE OF FILED CLAIMS

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | Classification |
|---|---|---|---|
| 010 | SUPERVISOR OF DELINQ ACCTS / RM 1 MUNICIPAL BLDG HOLLIDAY & LEXINGTON STS / BALTIMORE, MD 21202 | | DirectPay 747.93 |
| | Acct: #####-077 | | |
| | Comment: LATE CLAIM//Not Provided in | | |
| | Total | 27,387.81 | |
| | ADAM M FREIMAN ESQ 1777 REISTERSTOWN RD #360 BALTIMORE, MD 21208-6318 | 3,000.00 | Debtor's Attorney |

Pursuant to 11 U.S.C. 502 (a), the filed claims are deemed allowed for purposes of distribution and shall be paid if provided for under the plan.
DEBTOR(S): IF YOU BELIEVE A CLAIM IS NOT CORRECT, YOU MUST FILE AN OBJECTION IN ACCORDANCE WITH BANKRUPTCY RULE 3007 AND LOCAL BANKRUPTCY RULE 3007-1.

/s/ Ellen W. Cosby
Ellen W. Cosby, Trustee
P.O. Box 20016
Baltimore, MD 21284-0016

I hereby certify that on 06/29/2010 a copy of this Notice was served on the Debtor(s) by regular mail, postage prepaid. I further certify that a copy of this notice was served on the attorney for the Debtor(s) electronically through the Court's ECF system on the date this Report was uploaded for filing.

/s/ Ellen W. Cosby
Ellen W. Cosby, Trustee